■ NEWMARK & LEWIS, INC., Appellant, v OLIM REALTY CORP., Respondent. — In an action, *inter alia,* to recover an overpayment of rent pursuant to a lease between the parties and to reform the lease, plaintiff appeals from a judgment of the Supreme Court, Nassau County (Spatt, J.), dated November 10, 1983, which, after a nonjury trial, dismissed the complaint on the merits.

Judgment affirmed, with costs.

Ordinarily, the signer of a written instrument is conclusively bound by its terms (*Pimpinello v Swift & Co.,* 253 NY 159). Plaintiff did not establish that it came within any of the narrowly circumscribed exceptions to the rule (*Pimpinello v Swift & Co., supra; see, Lum v Antonelli,* 102 AD2d 258; *Sterling Natl. Bank & Trust Co. v I.S.A. Merchandising Corp.,* 91 AD2d 571; *Franzek v Calspan Corp.,* 78 AD2d 134).

We have considered plaintiff's other contentions and find them to be without merit. Gibbons, J. P., Weinstein, Brown and Eiber, JJ., concur.